JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>XPORT FORWARDING, LLC et al.,<br><br>　　　　Defendants. | Case No. 8:24-cv-01338-SB-SSC<br><br>FINAL JUDGMENT |

　　　For the reasons stated in the separate order granting Plaintiff's motion for summary judgment entered this day, it is ordered and adjudged that Plaintiff New York Marine and General Insurance Company is entitled to the declaratory judgment it seeks, namely, that its payment of more than $250,000 in legal fees for Xport Forwarding, LLC's defense in the underlying litigation has exhausted the policy's errors and omissions coverage limit; that Plaintiff no longer has a duty to defend or indemnify Xport; and that Plaintiff is entitled to reimbursement from Xport of the defense costs it paid for Xport's defense in excess of the $250,000 policy limit.

　　　This is a final judgment.

Date: January 6, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Stanley Blumenfeld, Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge

1